Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, 1313 Market Street, Suite 5100
Wilmington, DE 19801



troutman.com

**Emily L. Wheatley**
D 302.777.6574
emily.wheatley@troutman.com

May 17, 2023

**VIA ELECTRONIC FILING**

The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14, Room 6100
Wilmington, DE 19801

Re:   *Veolia North America Regeneration Services LLC v. NORAM Engineering & Constructors Ltd.,* C.A. No. 1:21-cv-00912-SRF

Dear Judge Fallon:

I write with the permission of counsel for Defendant.  The parties have reached a settlement in principle and anticipate filing a stipulation of dismissal with prejudice within 60 days' time.  As such, the parties respectfully request that the pretrial conference scheduled for May 19, 2023 at 9:00am be cancelled and that the four-day trial scheduled to begin June 5, 2023 be removed from the Court's calendar.  Should any issues arise concerning the settlement, we will jointly contact chambers as soon as is practicable.  We are available at the Court's convenience, should Your Honor have any questions or concerns.

Respectfully submitted,

*/s/ Emily L. Wheatley*

Emily L. Wheatley (#6383)

ELW

156742613v1