IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VEOLIA NORTH AMERICA REGENERATION SERVICES, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**NORAM ENGINEERING & CONSTRUCTORS, LTD.,**<br><br>    Defendant. | Case No. 1:21-CV-00912-SRF |

## STIPULATION OF DISMISSAL

As the parties informed this Court by letter dated May 17, 2023, a settlement has been reached in this matter. Accordingly, the parties respectfully request that this Court discontinue and dismiss with prejudice the above-captioned litigation.

Dated: July 17, 2023

| | |
|---|---|
| */s/ Emily L. Wheatley* | */s/ Kaan Ekiner* |
| Joanna J. Cline (#5873) | Kaan Ekiner (#5607) |
| Christopher B. Chuff (#5729) | COZEN O'CONNOR |
| Emily L. Wheatley (#6383) | 1201 N. Market Street, Suite 1001 |
| Anthony V. Finizio (*Pro Hac Vice*) | Wilmington, DE 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (302) 295-2046 |
| Hercules Plaza, Suite 5100 | Email: kekiner@cozen.com |
| 1313 Market Street | |
| Wilmington, DE 19801 | Jesse S. Keene *(Pro Hac Vice)* |
| Email: Joanna.Cline@troutman.com | Raymond L. DeLuca *(Pro Hac Vice)* |
| Email: Chris.Chuff@troutman.com | Email: jkeene@cozen.com |
| Email: emily.wheatley@troutman.com | Email: rdeluca@cozen.com |
| Email: anthony.finizio@troutman.com | *Attorneys for Defendant NORAM Engineering & Constructors Ltd.* |
| *Attorneys for Veolia North America Regeneration Services, LLC* | |

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge