IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VEOLIA NORTH AMERICA REGENERATION SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NORAM ENGINEERING & CONSTRUCTORS, LTD., <br><br> Defendant. | Case No. 1:21-CV-00912-SRF |

### STIPULATION OF DISMISSAL

As the parties informed this Court by letter dated May 17, 2023, a settlement has been reached in this matter. Accordingly, the parties respectfully request that this Court discontinue and dismiss with prejudice the above-captioned litigation.

Dated: July 17, 2023

/s/ Emily L. Wheatley
Joanna J. Cline (#5873)
Christopher B. Chuff (#5729)
Emily L. Wheatley (#6383)
Anthony V. Finizio (*Pro Hac Vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
Email: Joanna.Cline@troutman.com
Email: Chris.Chuff@troutman.com
Email: emily.wheatley@troutman.com
Email: anthony.finizio@troutman.com
*Attorneys for Veolia North America Regeneration Services, LLC*

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
COZEN O'CONNOR
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
Email: kekiner@cozen.com

Jesse S. Keene *(Pro Hac Vice)*
Raymond L. DeLuca *(Pro Hac Vice)*
Email: jkeene@cozen.com
Email: rdeluca@cozen.com
*Attorneys for Defendant NORAM Engineering & Constructors Ltd.*

_____
The Honorable Sherry R. Fallon
United States Magistrate Judge